In the Matter of JULIUS L. KELLER, Respondent, against CHARLES G. COSTER et al., Constituting the Temporary City Housing Rent Commission of the City of New York, Appellants.— In a proceeding under article 78 of the Civil Practice Act, order directing that the New York City temporary city housing rent commission issue a certificate of eviction to respondent reversed on the law, without costs, and the petition dismissed, without costs. The respondent occupies a five-room apartment, which includes three bedrooms, with his wife, three sons, and a nine-year-old daughter. Two of the boys suffer from chronic ailments; and under the present arrangements one of the boys occupies a bedroom with the nine-year-old girl. The evidence establishes the existence of considerable inconvenience in the distribution of bedroom space; but there is support for the finding of no immediate compelling necessity for eviction of the tenant in the third floor apartment. Carswell, Acting P. J., Johnston, Adel and Sneed, JJ., concur; Wenzel, J., dissents and votes to affirm the order.

In the Matter of the Accounting of CARRIE B. PLUMB et al., as Administrators with the Will Annexed MAUDE M. WHITE, Deceased, Respondents. JOSEPH T. LOSEE, Appellant; EARLE M. TURNER, Respondent.— Appellant, an attorney, appeals from a decree of the Surrogate's Court of Dutchess County, which fixed the amount of his fees, pursuant to section 231-a of the Surrogate's Court Act. Appellant was not the attorney for respondents, but procured the probate of a will which had been destroyed after the death of the testatrix. As the result of his services, appellant's client and a legatee named in the will obtained shares in the estate which they would not have received if the deceased had died intestate, at the expense of the distributees who would have shared decedent's estate, had she died intestate. There was testimony before the Surrogate, which he may have credited, that appellant had agreed to render services to his client for a nominal fee, to be paid from the estate. Under such circumstances we are unable to say that the allowance made to the appellant was inadequate, or that the determination made by the Surrogate constituted an abuse of discretion. (Cf. *Matter of Winburn,* 160 Misc. 49; *Matter of Bardol,* 6 N. Y. S. 2d 46.) Decree unanimously affirmed, without costs. Present — Nolan, P. J., Johnston, Adel, Sneed and Wenzel, JJ.

ABRAHAM LESS, Respondent, v. 11 WEST 42ND STREET, INC., Appellant.— The action is in the City Court of the City of New York, County of Kings. The defendant is a domestic corporation with offices within the city of New York, and the cause of action accrued there. The summons and complaint were delivered in Albany to the Secretary of State, as agent of the defendant corporation, as provided in section 25 of the Stock Corporation Law. Order of the Appellate Term affirming the order of the City Court which denies the defendant's motion to vacate the service of the summons and complaint, unanimously affirmed, with costs. (*Pohlers* v. *Exeter Mfg. Co.,* 293 N. Y. 274.) Present — Nolan, P. J., Carswell, Adel, Sneed and Wenzel, JJ.